IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA M. YODER, ET AL.,** : | **CIVIL ACTION** |
| **Plaintiffs,** : | |
| v. : | |
| : | |
| **WELLS FARGO HOME MORTGAGE,** : | **NO. 11-07503** |
| **Defendant.** : | |

# O R D E R

**AND NOW**, this 17th day of December, 2012, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 15), Defendant's Motion to Strike (Doc. No. 23), and the various motions filed by the Plaintiffs it is hereby **ORDERED** that:

1. The Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 15) is **GRANTED** with prejudice;

2. Plaintiffs' Motion for Sanctions (Doc. No. 24) is **DENIED**; and

3. Defendant's Motion to Strike Plaintiffs' "Brief in Support of Notice of Determination" and "Praecipe for Determination" (Doc. No. 19) is **GRANTED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.